# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| LINDSAY MARTINEZ-ECKLUND on behalf of minor S.W., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 2:21-CV-01238-MAT <br><br><br> ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the agency will:

• offer the claimant the opportunity of a hearing;

• reevaluate the medical opinions of record, including those of Drs. Mangravite and Burk, consistent with 20 C.F.R. § 416.920c, obtaining pertinent medical records to do so; and

• reassess whether the claimant's impairments meet, equal, or functionally equal the severity of a listing, or if they functionally equal the listings.

Page 1    ORDER - [2:21-CV-01238-MAT]

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 28th day of April, 2022.

MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2494
Fax: (206) 615-2531
benjamin.groebner@ssa.gov